UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOMINO FERGUSON,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, et al.,<br><br>  Defendants. | Case No. 15-cv-05939-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Terry Domino Ferguson, proceeding pro se, originally filed suit in the Superior Court of California, County of Contra Costa, against Defendants State of California, California Highway Patrol, Officer Chris Davidson, and Does 1-25 (together, "Defendants") in connection with Defendants' conduct during Plaintiff's arrest on June 28, 2014. Defendants removed this action to federal court on December 22, 2015. (Dkt. No. 1.) Pursuant to the Court's order, the parties were required to file a joint case management conference statement by June 2, 2016, and to appear for a Case Management Conference on June 9, 2016. (Dkt. No. 13.) Plaintiff, however, did not participate in filing a joint case management conference statement and did not appear at the Case Management Conference on June 9, 2016. Plaintiff has also failed to respond to four separate notices asking that he decline or consent to magistrate judge jurisdiction. (Dkt. Nos. 6, 8, 10, 14.)

Accordingly, Plaintiff is Ordered to Show Cause as to why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). **Plaintiff shall appear for hearing on the Order to Show Cause on June 30, 2016 at 1:30 p.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.**

If Plaintiff fails to appear on June 30, this action may be dismissed without further notice.

The Court reminds Plaintiff that he may seek free assistance from the Northern District's Pro Se Help Desk, United States Courthouse, San Francisco, 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102, or the Help Desk at the Oakland Federal Courthouse, 1301 Clay Street, 4th Floor, Room 470S, Oakland, CA 94612.  Appointments can be made in person or by calling 415-782-8982.

**IT IS SO ORDERED.**

Dated: June 9, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOMINO FERGUSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No.  15-cv-05939-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 9, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry Domino Ferguson
1616 Michael Street
Pinole, CA 94564

Dated: June 9, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3