UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOMINO FERGUSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, *et al.*,<br><br>    Defendants. | Case No. 15-cv-05939-SI<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 19 |

On July 1, 2016, Magistrate Judge Corley issued a report and recommendation (the "Report") in this case. Dkt. 19. The Report recommends dismissing this action with prejudice for failure to prosecute pursuant to Rule 41(b). Pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen days from service of the Report to file written objections. *See also* Fed. R. Civ. P. 72(b). Plaintiff did not file an objection to the Report, nor has plaintiff taken any action in this case since it was removed to this Court.

The Court has reviewed the Report and the docket in this case. The Court agrees with Judge Corley's analysis, and accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES this action with prejudice for failure to prosecute pursuant to Rule 41(b).

**IT IS SO ORDERED**.

Dated: August 2, 2016

_____
SUSAN ILLSTON
United States District Judge