UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY DOMINO FERGUSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, *et al.*,<br><br>    Defendants. | Case No.  15-cv-05939-SI<br><br>**JUDGMENT** |

The Court dismissed this action with prejudice for failure to prosecute pursuant to Rule 41(b). Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 2, 2016

_____
SUSAN ILLSTON
United States District Judge